HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
TOMMY WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-mj-00169-JDP |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE INITIAL APPEARANCE |
| TOMMY WALKER, | ) Date: November 2, 2020 |
| Defendants. | ) Time: 2:00 p.m. |
| | ) Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron Daniel Pennekamp, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Tommy Walker, that the initial appearance scheduled for October 30, 2020, at 2:00 p.m., be vacated and the matter continued to November 2, 2020, at 2:00 p.m.

The reasons for the continuance is that parties are currently negotiating a potential transfer of jurisdiction.

Mr. Walker waives his right to speedy initial appearance until November 2, 2020 and agrees to remote appearance on November 2, 2020.

///

///

///

1   DATED: October 30, 2020

2                                Respectfully submitted,

3                                HEATHER E. WILLIAMS
                                Federal Defender

4

5                                */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS

6                                Assistant Federal Defender
                                Attorney for TOMMY WALKER

7

8   DATED: October 30, 2020          MCGREGOR W. SCOTT
                                United States Attorney

9                                */s/ Aaron Daniel Pennekamp*
                                AARON DANIEL PENNEKAMP

10                              Assistant United States Attorney
                              Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

4

order. The Court specifically finds the failure to grant a continuance in this case would deny

5

counsel reasonable time necessary for effective preparation, taking into account the exercise of

6

due diligence.  The Court finds the ends of justice served by granting the requested continuance

7

and outweigh the best interests of the public and defendants in a speedy trial.

8

It is further ordered the October 30, 2020 initial appearance shall be continued until

9

November 2, 2020, at 2:00 p.m.

10

DATED:  October  30 , 2020

11

12

HON. JEREMY D. PETERSON
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order                    -3-